880

No. 106.   WEBER v. UNITED STATES, *ante,* p. 851.   Rehearing denied.   MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 58, Misc.   NASH, ON BEHALF OF HASHIMOTO ET AL., v. MACARTHUR, GENERAL OF THE ARMY, ET AL., *ante,* p. 838;

No. 70, Misc.   O'NEILL v. ILLINOIS, *ante,* p. 839; and

No. 120, Misc.   TATE v. CALIFORNIA ET AL., *ante,* p. 856. Petitions for rehearing in these cases severally denied.

No. 409, Misc., October Term, 1950.   TATE v. CALIFORNIA ET AL., 341 U. S. 902.   Third petition for rehearing denied.

NOVEMBER 26, 1951.

No. 403.   LOCAL 333B, UNITED MARINE DIVISION OF INTERNATIONAL LONGSHOREMEN'S ASSOCIATION (A. F. L.), ET AL. v. BATTLE, GOVERNOR OF VIRGINIA.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *Joseph L. Rauh, Jr.* for appellants.   *J. Lindsay Almond, Jr.,* Attorney General of Virginia, for appellee.

No. 376.   HESS ET AL. v. CALIFORNIA.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.   *Russell E. Parsons* and *Morris Lavine* for appellants.   *Edmund G. Brown,* Attorney General of California, *T. A. Westphal, Jr.* and *Henry A. Dietz,* Assistant Attorneys General, and *David K. Lener,* Deputy Attorney General, for appellee.